# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARTINEZ ORLANDO PEREZ,**

    **Plaintiff,**

**v.**                                                   **Case No. 4:20cv102-TKW-MAF**

**SERGEANT TOMPKINS, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), and the Clerk shall close the file.

**DONE and ORDERED** this 29th day of September, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**